George Edward McCain v. Associated Press The                                                                    Doc. 5

ORIGINAL

FILED
CLERK U S DISTRICT COURT
SEP 2 4 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Edward McCain<br><br>Plaintiff(s),<br>v<br>The Associated Press<br><br>Defendant(s). | CASE NUMBER:<br>CV 07-5716 GAF (Ex)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 07-02<br>( Related Cases) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 07-02.

9/13/07                    Cormac J. Carney
Date                       United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____

Date                       United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____SACV 06-749 CJC (RNBx)_____ and the present case:

☐ A.   Arise from the same or closely related transactions, happenings or events; or
☐ B.   Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C    For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D.   Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge_____Eick_____ to Magistrate Judge_____Block_____.

On all documents subsequently filed in this case, please substitute the initials ___CJC (RNBx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV 07-5716 CJC (RNBx)___. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☐ Western   ☑ Southern   ☐ Eastern Division.

Subsequent documents must be filed at the   ☐ Western   ☑ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.