LODGED
2007 AUG 31 PM 2:4[?]

| Priority | |
|---|---|
| Send | X |
| Enter | ___ |
| Closed | ___ |
| JS-5/JS-6 | ___ |
| JS-2/JS-3 | ___ |
| Scan Only | ___ |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 27 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER  CV07-5716 CJC (PNBx)

George Edward McCain

Plaintiff(s)

v.

The Associated Press

Defendant(s).

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of __John A. Pelosi, Esq.__, of
_Applicant's Name_

__Pelosi Wolf Effron & Spates LLP__ for permission to appear and participate in the above-entitled
_Firm Name_

action on behalf of ☒ Plaintiff  ☐ Defendant __George Edward McCain__

and the designation of __Larry S. Greenfield, Esq.__ of __The Law Offices of Larry S. Greenfield__
_Local Counsel Designee_                                   _Local Counsel Firm_

as local counsel, hereby **ORDERS** the Application be:

☒ **GRANTED**

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __9/26/07__

_____
U. S. District Judge/~~U.S. Magistrate Judge~~

DOCKETED ON CM
OCT -2 2007
BY [?] 159

G-64 ORDER (06/05)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE