```
 1  STEVEN M. WEINBERG (SBN 235581)
    GREENBERG GLUSKER FIELDS CLAMAN &
 2  MACHTINGER LLP
    1900 Avenue of the Stars, 21st Floor
 3  Los Angeles, California 90067-4590
    Telephone: 310.553.3610
 4  Fax: 310.553.0687
    smweinberg@ggfirm.com
 5  Attorneys for Defendant
    The Associated Press
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  GEORGE EDWARD MCCAIN, an        Case No. CV07-5716 CJC (RNBx)
    individual,
12                                  Hon. Cormac J. Carney
               Plaintiff,
13                                  STIPULATION TO EXTEND
         vs.                        TIME FOR THE ASSOCIATED
14                                  PRESS TO FILE RESPONSE TO
    THE ASSOCIATED PRESS, a not-for- COMPLAINT; [Order]
15  profit cooperative,
16             Defendant.
17                                  Trial Date:
18
19
20
21  1.   WHEREAS Plaintiff George Edward Mccain ("Plaintiff") served his
22  Complaint in this action on Defendant The Associated Press ("Defendant") on or
23  about September 3, 2007; and
24
25  2.   WHEREAS Plaintiff has agreed to grant Defendant The Associated
26  Press an extension of time to file a responsive pleading to the Complaint;
27
28
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 23 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
OCT 19 2007

DOCKETED ON CM
OCT 23 2007

1606291.1
99910-82300

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT                178

1   IT IS HEREBY STIPULATED by and between the parties, through their
2   respective counsel herein, that the time for Defendant The Associate Press to file
3   an answer or otherwise respond to the Complaint is extended to November 1, 2007.

4

5   DATED: October 19, 2007    GREENBERG GLUSKER FIELDS CLAMAN
                                & MACHTINGER LLP

6

7                              By: _____
                                   STEVEN M. WEINBERG
8                                  Attorneys for Defendant THE
                                   ASSOCIATED PRESS

9

10  DATED: October 19, 2007    LAW OFFICES OF PELOSI WOLF EFFRON
                                & SPATES LLP

11

12                             By: _____
                                   JOHN PELOSI
13                                 Attorneys for Plaintiff GEORGE EDWARD
                                   MACCAIN an individual.

14  Dated October 15, 2007      THE LAW OFFICES OF LARRY S.
                                GREENFIELD
15

16                             By: _____
                                   LARRY GREENFIELD
17                                 Attorney for Plaintiff GEORGE EDWARD
                                   MACCAIN an individual.
18

19

20      IT IS SO ORDERED.

21  DATED: October 22, 2007
22                                            Hon. Cormac J. Carney
                                              United States District Court Judge
23

24

25

26

27

28

1606291.1
99910-82300                                  2
                    STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 16, 2007 | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP |
| 3 | | |
| 4 | | By: _____ |
| 5 | | STEVEN M. WEINBERG<br>Attorneys for Defendant THE<br>ASSOCIATED PRESS |
| 6 | | |
| 7 | DATED: October 16, 2007 | LAW OFFICES OF PELOSI WOLF EFFRON & SPATES LLP |
| 8 | | |
| 9 | | By: _____<br>JOHN PELOSI |
| 10 | | Attorneys for Plaintiff GEORGE EDWARD MACCAIN an individual. |
| 11 | Dated October 15, 2007 | THE LAW OFFICES OF LARRY S. GREENFIELD |
| 12 | | |
| 13 | | By: _____ |
| 14 | | LARRY GREENFIELD<br>Attorney for Plaintiff GEORGE EDWARD MACCAIN an individual. |
| 15 | | |
| 16 | | |
| 17 | IT IS SO ORDERED. | |
| 18 | DATED: _____ | |
| 19 | | Hon. Cormac J. Carney<br>United States District Court Judge |

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

2

# PROOF OF SERVICE
## 1013A (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, Suite 2100, Los Angeles, California 90067-4590.

On October 19, 2007, I served, as described below, the foregoing document described as **STIPULATION TO EXTEND TIME FOR THE ASSOCIATED PRESS TO FILE RESPONSE TO COMPLAINT** on the interested parties in this action, as set forth below:

| | |
|---|---|
| John Pelosi | Larry S. Greenfield |
| Law Offices of Pelosi Wolf Effron & Spates LLP | The Law Offices of Larry S. Greenfield |
| 233 Broadway, 22nd Floor | 433 N. Camden Drive, Suite 400 |
| New York, NY 10279 | Beverly Hills, CA 90210-4408 |
| 212-334-3599 Office /212-571-9149 Fax | 310-279-5210 Office / 310-362-8413 Fax |

__  **BY MAIL:**

By placing _ the original X a true copy thereof enclosed in sealed envelopes addressed as set forth above.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**XX  BY FACSIMILE:**

By facsimile transmission from a facsimile transmission machine whose telephone number is (310) 553-0687 the document set forth above and an unsigned copy of this declaration to the person(s) set forth above at the facsimile numbers set forth above.

The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. *A true and correct copy of the said transmission report is attached hereto* and incorporated herein by this reference.

__  **FEDERAL EXPRESS**

On October 19, 2007, I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a copy of the documents set forth above, together with an unsigned copy of this declaration, in an envelope designated by the said express service carrier, with overnight delivery fees paid or provided for, addressed to the person(s) set forth above.

Executed on October 19, 2007, at Los Angeles, California.

**X**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Joseph D'Anda_

1606936.1
99910-82300